UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.                                       Case No. 1:13–cr–20702–TLL
                                       Hon. Thomas L. Ludington

Harold McMillan,

        Defendant,

_____

**REQUEST FOR TRANSFER OF JURISDICTION**

  It is hereby requested that the jurisdiction of the probationer or supervised releasee named above be transferred from the District of Minnesota to the Eastern District of Michigan.

                                            By: s/S Rideaux–Miller
                                                    Probation Clerk

Dated:   September 25, 2013